**Kevin RAZZOLI, Petitioner–Appellant,**

v.

**MIDDLE DISTRICT COURT CLERK, (MD.Pa.); Warden Fci Gilmer, (Nominal); President G.W. Bush; Attorney General Michael B. Mukasey; Past Attorney General(s), (Known & Unknown); Secretary of the Navy, (Present); Secretary of Navy England, (Past); Five us Parole Commissioner's; Psychology Dept. B.O.P. & C.I.A.; US Attorney's Office, (Executive Branch); Naval Investigation Service; Robert Mueller, Federal Bureau of Investigation Dir.; Unknown State & Local New Jersey, New York, Pennsylvania, Law Enforcement Agencies; Unknown Federal Law Enforcement & Intelligence, Agency(s), Respondents–Appellees.**

No. 13–6988.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Kevin Razzoli, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Razzoli, a federal prisoner, appeals the district court's orders denying his Rule 60(b) motion to reopen his 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Razzoli v. Middle Dist. Court Clerk,* No. 2:08–cv–00057–JPB–JES (N.D. W. Va. May 28 & June 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*